# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO.  09-17-00304-CV
_____


## IN RE CITY OF BEAUMONT, TEXAS

_____

### Original Proceeding
### 60th District Court of Jefferson County, Texas
### Trial Cause No. A-192,887
_____

## ORDER

The City of Beaumont filed a petition for writ of mandamus. The relator is the defendant in Cause No. A-192,887, *James Mathews v. City of Beaumont, Texas.* Relator seeks a writ compelling the Honorable Justin Gary Sanderson to vacate an order of abatement and an order denying reconsideration, to strike Matthews' purported election to appeal to the Civil Service Commission, to sever claims into another cause, and to proceed with the appeal of the hearing examiner's decision upholding Mathews' termination. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator requests that we stay all proceedings as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's July 14, 2017 Abatement Order and July 10, 2017 Discovery Order are STAYED until our Opinion issues or until further Order of this Court. *See* Tex. R. App. P. 52.10(b). It is further ORDERED that all further proceedings in the trial court in Cause No. A-192,887, including discovery and Mathews' attempt to appeal to the Civil Service Commission pursuant to the trial court's July 14, 2017 Order of Abatement, are STAYED until our Opinion issues or until further order of this Court. *See id.* No bond is required of the relator as a condition of the relief granted herein.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 11, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.